**DYKEMA GOSSETT LLP**
Lukas Sosnicki (SBN 295895)
*lsosnicki@dykema.com*
Dawn N. Williams (SBN 267925)
*dwilliams@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUN RASHEED CHARLIE,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; AND DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 4:16-cv-07409-HSG<br><br>Hon. Haywood S. Gillian, Jr.<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH LEAVE TO REINSTATE** |

Pursuant to Fed. R. Civ. P 41(a)(1)(ii), Plaintiff Harun Rasheed Charlie ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), (collectively, the "Parties"), by and through their attorneys, hereby enter into this Stipulation to dismiss the above-captioned action without prejudice.  This dismissal shall be without prejudice and with leave to reinstate until May 1, 2017, if fully executed settlement documents are not obtained by that time.  If this action is not reinstated on or before May 1, 2017, this dismissal shall be converted to a dismissal with prejudice.  Each party agrees to bear its or his own costs, expenses, and attorney's fees.

1 | **STIPULATED AND AGREED TO:**

3 | **KETTNER LAW CORPORATION**          **DYKEMA GOSSETT LLP**

5 | By:/s/ Marc Applbaum                 By:/s/ *Dawn N. Williams*
Marc Applbaum                            Lukas Sosnicki
Attorneys for Plaintiff                  Dawn N. Williams
HARUN RASHEED CHARLIE                    Attorneys for Defendant
E-mail:   *marc@kettnerlaw.com*          JPMORGAN CHASE BANK, N.A.
                                         E-mail:   *lsosnicki@dykema.com*
                                                   *dwilliams@dykema.com*

10 | DATED:  3/27/2017

APPROVED

/s/ Haywood S. Gilliam Jr.

Judge Haywood S. William Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071